AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ALLISON REUTER

v.

HOPE NETWORK and PHIL WEAVER,
Individually and Personally

Case No.

Hon.

TO: HOPE NETWORK
ADDRESS: c/o Christopher J. Stemler, Resident Agent
Hope Network
3075 Orchard Vista Drive SE
Grand Rapids, MI 49546

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this sum mons on y ou (not counting the day  you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Katherine Smith Kennedy, Esq.
Pinsky, Smith, Fayette & Kennedy, LLP
146 Monroe Center Street NW, Suite 805
Grand Raids, MI 49503
(616) 451-8496
CLERK OF COURT

_____    _____
By: Deputy Clerk                                              Date

---

## PROOF OF SERVICE

This summons for _____ HOPE NETWORK _____ was received by me on _____.
_____(name of individual and title, if any)_____                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                 (place where served)
         (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                       (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                    (date)

☐ I served the summons on _____, who is designated by law to accept service
                                              (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

Additional information regarding attempted service, etc.:

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ALLISON REUTER

v.

HOPE NETWORK and PHIL WEAVER,
Individually and Personally

Case No.

Hon.

TO: Phil Weaver
ADDRESS: Hope Network
3075 Orchard Vista Drive SE
Grand Rapids, MI 49546

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to  serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this sum mons on y ou (not counting the day  you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Katherine Smith Kennedy, Esq.
Pinsky, Smith, Fayette & Kennedy, LLP
146 Monroe Center Street NW, Suite 805
Grand Raids, MI 49503
(616) 451-8496
CLERK OF COURT

_____
By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____ Phil Weaver _____ was received by me on _____.
                        (name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                      (place where served)
              (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                            (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address